## VERIFICATION OF BRUCE PICKENS

I, Bruce Pickens, declare as follows:

1. I am the Plaintiff in the above-referenced case. I am a competent adult over eighteen years of age, and a resident of the State of Illinois. I am making this declaration in support of my Class Action Complaint against Defendants Mercedes-Benz USA, LLC, Daimler AG, Saint-Gobain Sekurit and Napleton Autowerks of Indiana, Inc.
2. November 2019, I financed a pre-owned 2015 Mercedes-Benz ML 350 from Napleton Autowerks of Indiana, Inc. an authorized Mercedes-Benz dealership, in Schereville, Indiana.
3. I contacted Mercedes Benz and Napleton Autowerks of Indiana to assist with my shattered sunroof. Neither entity properly assisted.
4. I reside in Glenwood, Illinois. The Northern District Court of Illinois Eastern division is proper venue.

I declare under penalty of perjury under the laws of the State of Illinois and the United States of America that the foregoing is true and correct.

Executed this _____ day of _____ 2020

*Bruce Pickens*
Bruce pickens (Jun 11, 2020 10:08 CDT)

Bruce Pickens