AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/14/2020 |
| NAME OF SERVER (PRINT) Ramona Talvacchio | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1209 N Orange St, Wilmington, DE 19801

Kamesha James - Intake Specialist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/2020
Date

Signature of Server: Ramona Talvacchio

Address of Server: 1201 N Orange St. Ste 714 Wilmington, DE 19801

1) Successful Attempt: Jul 14, 2020, 1:05 pm EDT at 1209 N Orange St, Wilmington, DE 19801 received by Kamesha James. Age: 47; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'5"; Hair: Brown; Relationship: Intake Specialist;

DOCUMENTS SERVED: ALIAS SUMMONS IN A CIVIL CASE; COMPLAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.