IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE PICKENS, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:20-cv-3470<br>) |
| DAIMLER AG, MERCEDES-BENZ, MERCEDES-BENZ, USA, LLC SAINT-GOBAIN SEKURIT, AND NAPLETON AUTOWERKS OF INDIANA, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT NAPLETON AUTOWERKS OF INDIANA, INC.'S
MOTION TO DISMISS, OR, ALTERNATIVELY, MOTION TO STRIKE
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Napleton Autowerks of Indiana, Inc. ("Napleton"), pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6), respectfully moves to dismiss Plaintiff Bruce Pickens' First Amended Complaint or, in the alternative, to strike the class allegations. Napleton files its Memorandum in Support contemporaneously with this motion, which it incorporates herein by reference, and also incorporates by reference and, as specifically set out in Napleton's Memorandum in support, joins in the arguments set forth by co-defendant Mercedes-Benz USA, LLC ("MBUSA") in support of its Motion to Dismiss the First Amended Complaint. *See* Dkt. Nos. 30, 31.

WHEREFORE, for the reasons set forth in its Memorandum in Support, and for the reasons set forth in MBUSA's Motion to Dismiss, Napleton respectfully requests that this Court dismiss Pickens' First Amended Complaint and grant such other and further relief as this Court deems proper.

Respectfully submitted,

By: *Renato Mariotti*
    Renato Mariotti
    Holly H. Campbell
    THOMPSON COBURN LLP
    55 East Monroe, 37th Floor
    Chicago, Illinois 60603
    312.346.7500
    rmariotti@thompsoncoburn.com
    hcampbell@thompsoncoburn.com

    Daniel C. Cox
    Christopher M. Hohn
    Brandi L. Burke
    THOMPSON COBURN LLP
    One US Bank Plaza
    St. Louis, MO
    314.552.6000
    dcox@thompsoncoburn.com
    chohn@thompsoncoburn.com
    bburke@thompsoncoburn.com

***Attorneys for Defendant Napleton Autowerks of Indiana, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/*Renato Mariotti*