IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| BRUCE PICKENS, Individually and on Behalf of All Others Similarly Situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>DAIMLER AG; et al.,<br><br>      *Defendants*. | Case No.   1:20-cv-3470 |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

The Plaintiff, BRUCE PICKENS, and Defendant, SAINT-GOBAIN GLASS CORPORATION (incorrectly named as SAINT-GOBAIN SEKURIT), by their undersigned counsel, hereby stipulate (by agreement), pursuant to Federal Rule of Civil Procure 41(a)(1), that all claims in this action against Saint-Gobain Glass Corporation are hereby dismissed without prejudice and without costs to any party.

Dated:  January 20, 2021

| | |
|---|---|
| Respectfully submitted,<br>**BRUCE PICKENS**, | Respectfully submitted,<br>**SAINT-GOBAIN GLASS CORPORATION,** |
| By:/s/ Maudia Washington<br>   *Maudia Washington* | By: /s/ Brian H. Myers<br>   *Brian H. Myers* |