UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Bruce Pickens
                Plaintiff,

v.                                      Case No.: 1:20−cv−03470
                                      Honorable Thomas M. Durkin

Daimler AG, Mercedes−Benz, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 20, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed. Pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims in this action against Saint−Gobain Glass Corporation (incorrectly named as Saint−Gobain Sekurit) are hereby dismissed without prejudice and without costs to any party. Saint−Gobain Glass Corporation and Saint−Gobain Sekurit terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.