IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE PICKENS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:20-cv-3470 ) |
| Mercedes-Benz USA, LLC, | ) ) |
| Defendant. | ) ) |

**DEFENDANT MERCEDES-BENZ USA, LLC'S
MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STRIKE
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Mercedes-Benz USA, LLC ("MBUSA"), pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1) and 12(b)(6), moves to dismiss Plaintiff Bruce Pickens' Second Amended Complaint or, in the alternative, to strike the class allegations. MBUSA files its Memorandum in Support contemporaneously with this motion, incorporated herein by reference.

WHEREFORE, for the reasons set forth in its Memorandum in Support, MBUSA respectfully requests that this Court dismiss plaintiff's Second Amended Complaint and grant such other and further relief as this Court deems proper.

Respectfully submitted,

By: *Renato Mariotti*
Renato Mariotti
Holly H. Campbell
THOMPSON COBURN LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603
312.346.7500
rmariotti@thompsoncoburn.com
hcampbell@thompsoncoburn.com

- 2 -

Daniel C. Cox
Christopher M. Hohn
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO
314.552.6000
dcox@thompsoncoburn.com
chohn@thompsoncoburn.com

***Attorneys for Defendant Mercedes-Benz USA, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

  /s/ Renato Mariotti