Case: 1:20-cv-03470 Document #: 57 Filed: 11/01/21 Page 1 of 1 PageID #:780

ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Bruce Pickens,

Plaintiff(s),

v.

Daimler AG, Mercedes-Benz et al,

Defendant(s).

Case No. 1:20-cv-03470
Judge Thomas M. Durkin

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Mercedes Benz USA LLC
and against plaintiff(s) Bruce Pickens
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date: 11/1/2021                Thomas G. Bruton, Clerk of Court

                               E. Wall, Deputy Clerk